IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HENRY ALEXANDER TOWNSEND, <br> PETITIONER, <br><br> V. <br><br> JAMIE MILLER, SUPERINTENDENT OF SNAKE RIVER CORRECTIONAL INSTITUTION, ET AL., <br> DEFENDANTS. | CASE NO. 2:25-cv-00843-AR <br><br> PETITION FOR WRIT OF HABEAS CORPUS |

PETITIONER, HENRY ALEXANDER TOWNSEND, WHO IS DETAINED AND RESTRAINED OF LIBERTY AT THE SNAKE RIVER CORRECTIONAL INSTITUTION LOCATED IN ONTARIO, OREGON, BY VIRTUE OF A JUDGMENT OF CONVICTION RENDERED IN THE MATTER OF THE STATE OF OREGON V. HENRY ALEXANDER TOWNSEND, MULTNOMAH COUNTY CASE # 10033105 7.

DEFENDANTS ARE; JAMIE MILLER, SUPERINTENDENT OF SNAKE RIVER CORRECTIONAL INSTITUTION, ET AL., REPRESENTED IN THIS PROCEEDING BY AND THROUGH ELLEN ROSENBLUM, ATTORNEY GENERAL FOR THE STATE OF OREGON, OR HER DESIGNATED ASSISTANT.

PAGE 1 OF 6 - PETITION FOR WRIT OF HABEAS CORPUS

PETITIONER ALLEGES THAT DEFENDANTS RETAIN A TRUE COPY OF HIS JUDGMENT OF CONVICTION WITHIN THE DEPARTMENT OF CORRECTIONS BUSINESS RECORDS AND A COPY OF THAT DOCUMENT IS ATTACHED TO THIS FILING.

THE LEGALITY OF THE IMPRISONMENT, INCARCERATION, OR RESTRAINT HAS NOT BEEN ADJUDICATED UPON BY OR THROUGH EXTRAORDINARY WRIT AND NO CAUSE OF REBELLION OR INVASION TO SUSPEND ISSUANCE OF THIS WRIT EXISTS.

THE DETENTION, IMPRISONMENT OR RESTRAINT ON PETITIONER WAS AND IS ILLEGAL AND THE ILLEGALITY INCLUDES THE FOLLOWING FEDERAL CONSTITUTIONAL CLAIMS:

A. GROUND ONE: MR. TOWNSEND IS BEING ILLEGALLY AND/OR WRONGFULLY CONFINED IN SOLITARY CONFINEMENT AT SNAKE RIVER CORRECTIONAL INSTITUTION WITHOUT A MEANINGFUL REVIEW SUBJECTING HIM TO PROLONGED DURATIONS OF ISOLATION FROM ADEQUATE EXERCISE, COMPANIONSHIP, RESTRICTION OF INTELLECTUAL STIMULATION, AND PROLONGED INACTIVITY. PLEASE SEE BROWN

PAGE 2 OF 6 - PETITION FOR WRIT OF HABEAS CORPUS

v. Or. Dep't Corr., 751 F.3d 983, 985 (9th Cir. 2014) (finding a prisoners 27 month placement in "intrusive" solitary segregation "with no meaningful review" implicated a protected liberty interest to support a due process claim). Petitioners illegal/wrongful confinement in "intrusive" solitary segregation "with no meaningful review" has and continues to impose atypical and significant hardship on petitioner in relation to the ordinary incident of prison life. OAR 291-046-0090 (1) provides; inmates assigned to administrative housing shall remain so assigned for only the shortest length of time necessary to achieve the purpose for which the assignment was prescribed.

Supporting facts; The Oregon Department of Corrections along with the security department of (ODOC) compelled a prison gang to assault petitioner multiple times creating a toxic enviornment. No suitable and/or appropriate housing exists for petitioner anywhere in the Oregon Department

Page 3 of 6 - Petition for writ of Habeas Corpus

of Corrections. The 8th Amendment protects inmates from an environment in which degeneration is probable and self improvement unlikely because of conditions that inflict needless physical or mental suffering. As long petitioner remains in the Oregon Department of Corrections (SRCI) or any other institution in (ODOC) he is likely to suffer irreparable harm in the absence of preliminary relief and/or injunction. Petitioner has an appeal pending in the 9th Circuit; please see Townsend v. Bowser, et al 9th Circuit case #25-147. The record of constitutional violations allows the court to go beyond the normal standard to implement a remedy; see Hutto v Finny, 437 U.S. 678, 678, 98 S. Ct. 2566, 2571, 57 L.Ed.2d 522 (1978). When a court considers whether to grant injunction it balances "the competing claims of the granting or withholding of the requested relief, the public consequences in employing the extraordinary remedy of injunction" and plaintiff's likelyhood

Page 4 of 6 - Petition for Writ of Habeas Corpus

of success. Id. at 18-23 (quoting Amoco Prod. Co. v. Gambell, 480 U.S. 531, 542 (1987); Weinberger v. Romero-Barcelo, 456 U.S. 305, 312 (1982). As long as Petitioner remains in the Oregon Department of Corrections ("S.R.C.I") or any other institution in (ODOC) he is likely to suffer irreparable harm in the absence of preliminary relief and/or injunction. Petitioners appeal pending in the 9th Circuit United States Court of Appeals reflects that the Oregon Department of Corrections and all domestic partners have not been in compliance with the rule of law; please see Townsend v. Bowser, et al., 9th Circuit case # 25-147. To prevail a party must show there is no genuine dispute as to any material fact and that they are entitled to judgment as a matter of law; Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986). False imprisonment has four elements: (1) Defendants confine the Plaintiff; (2) Defendants must ~~intends~~ the act that causes confinement; (3) Defendants must be aware of the confinement;

Page 5 of 6 - Petition for Writ of Habeas Corpus

AND (4) THE CONFINEMENT MUST BE UNLAWFUL.

PETITIONER HAS NO OTHER PLAIN, SPEEDY OR ADEQUATE REMEDY AT LAW. PETITIONERS PENDING APPEAL; (TOWNSEND V. BOWSER, ET AL., CASE # 25-147), IN 9TH CIRCUIT IS NOT A TIMELY AND/OR ADEQUATE REMEDY. PETITIONER HAS BEEN CONFINED TO SOLITARY CONFINEMENT SINCE 2018; AS RESULT OF THE MISCONDUCT SURROUNDING THIS WRIT.

THE IMPRISONMENT, DETENTION OR RESTRAINT ON PETITIONER IS UNCONSTITUTIONAL AND REQUIRES IMMEDIATE COURT INTERVENTION TO PREVENT FURTHER DEPRIVATION OF CONSTITUTIONAL AND OTHER LEGAL RIGHTS.

FOR THE REASONS SET FORTH IN THIS FEDERAL HABEAS CORPUS; PETITIONER, HENRY ALEXANDER TOWNSEND, RESPECTFULLY REQUEST THAT THE COURT ISSUE THE WRIT OF HABEAS CORPUS.

DATED THIS 11TH DAY OF MAY 2025.

_____
PETITIONER
HENRY ALEXANDER TOWNSEND
SID # 14258700
777 STANTON BLVD
ONTARIO, OR. 97914

# CERTIFICATE OF SERVICE

I CERTIFY THAT ON MAY 11TH, 2025; I SERVED THE FOREGOING WRIT OF HABEAS CORPUS, MOTION FOR APPOINTMENT OF COUNSEL, AND MOTION TO WAIVE FILING FEES, UPON THE PARTIES HERETO BY THE METHOD INDICATED BELOW:

    X ELECTRONIC FILING

U.S. ATTORNEY GENERAL
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

AMY BAGGIO
U.S. DISTRICT COURT JUDGE
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

KARIN J. IMMERGUT
U.S. DISTRICT COURT JUDGE
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

ANN BROWN
U.S. DISTRICT COURT JUDGE
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

DOUGLAS EMHOFF
ATTORNEY AT LAW
1875 K STREET, NW
WASHINGTON, DC. 20006

SCOTT KARIN
UNITED STATES ATTORNEY
1000 S.W. THIRD AVE
PORTLAND, OR. 97204

ELLEN ROSENBLUM
ATTORNEY GENERAL
1162 COURT STREET NE
SALEM, OR. 97301

LISA C. HAY
FEDERAL DEFENDER
101 S.W. MAIN STREET
PORTLAND, OR. 97204

ELIZABETH DAILY
FEDERAL DEFENDER
101 S.W. MAIN STREET
PORTLAND, OR. 97204

KRISTINA HELLMAN
FEDERAL DEFENDER
101 S.W. MAIN STREET
PORTLAND, OR. 97204

LAURA A. WASSER
ATTORNEY AT LAW
25115 EL DORADO MEADOW RD.
HIDDEN HILLS, CA. 91302

HANNAH BLAND
FEDERAL ATTORNEY
P.O. BOX 5248
PORTLAND, OR. 97208

JUAN CHAVEZ
FEDERAL ATTORNEY
P.O. BOX 5248
PORTLAND, OR. 97208

GEOFFREY J. GORRY
ATTORNEY AT LAW
34680 MISSION HILLS DR.
RANCHO MIRAGE, CA. 92270

_____
HENRY ALEXANDER TOWNSEND
SID # 14258900
777 STANTON BLVD
ONTARIO, OR. 97914

PAGE 1 OF 1 - CERTIFICATE OF SERVICE